# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| William Edward Ferguson, | Case No.: 2:21-cv-01658-JAD-NJK |
| Petitioner | |
| v. | **Order Directing Petitioner to Pay Fee or Submit IFP Application** |
| Joe Lombardo, et al., | |
| Respondents | |

Petitioner, a Nevada state prisoner, has submitted a *pro se* petition for writ of habeas corpus[1] along with an application to proceed *in forma pauperis*, but he failed to submit the required financial certificate or inmate account statement. As a result, this matter has not been properly commenced and is subject to dismissal.[2] But because it is unclear from the papers presented whether a dismissal without prejudice would materially affect a later analysis of any timeliness issue with regard to a new action, I will give petitioner one last chance to correct this deficiency.

IT IS THEREFORE ORDERED that **petitioner has until November 4, 2021, to either (1) pay the $5.00 filing fee or (2) submit a financial certificate completed and signed by an authorized officer and an inmate account statement for the past six months**. Failure to do so may result in the dismissal of this action without prejudice. The Clerk is directed to RETAIN THE PETITION but not file it at this time.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 4, 2021

---

[1] ECF No. 1-1.

[2] 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.